UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VINCENT CANNADY,

Defendant.

**SEALED INDICTMENT**

26 Cr.

26 CRIM 330

**COUNT ONE**
**(Contempt of Court)**

The Grand Jury charges:

1.      From at least on or about March 18, 2026, through at least on or about July 16, 2026, in the Southern District of New York and elsewhere, VINCENT CANNADY, the defendant, did willfully and knowingly disobey and resist a lawful writ, process, order, rule, decree and command of a court of the United States; to wit, CANNADY willfully failed to comply with Paragraphs 1, 7, and 11 of the Verifiable Process Order issued on or about February 26, 2026, by the Honorable Vincent L. Briccetti, United States District Judge, Southern District of New York, in *United States v. Vincent Cannady*, 24 Cr. 278 (VB) (S.D.N.Y.), by: (i) refusing to provide the U.S. Attorney's Office ("USAO") an inventory of locations and accounts, setting forth all locations to his knowledge where his extortion victim's ("Victim-1") stolen property was ever stored, transferred, printed, uploaded, or otherwise maintained; (ii) refusing to, immediately following a court conference held on or about March 23, 2026, return or delete all stolen Victim-1 property and all copies thereof contained in intangible or electronic form, under the supervision of the USAO and the Federal Bureau of Investigation ("FBI"); and (iii) refusing to, immediately following a court conference held on or about March 30, 2026, return or delete all stolen Victim-1 property and all copies thereof contained in intangible or electronic form, under the supervision

1

of the USAO and the FBI, and, upon completion of that process, inform the court, in open court, whether he had deleted or returned all intangible or electronic forms of stolen Victim-1 property, and that no copies have been retained by CANNADY.

(Title 18, United States Code, Section 401(3).)

FOREPERSON

James M. McDonald

JAMES M. McDONALD
United States Attorney

2