UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT CANNADY,<br><br>Defendant. | **ORDER**<br><br>7:26-cr-330 (PMH) |

At the next status conference on December 14, 2026, the Court will conduct a hearing on Defendant's ex parte request to proceed pro se pursuant to *Faretta v. California*, 422 U.S. 806 (1975). The Government shall file its position in a letter concerning the *Faretta* hearing by December 1, 2026.

The Government shall also file a letter by December 1, 2026 setting forth its position on the maximum sentence and fine the Court may impose if Defendant is convicted of contempt of court under 18 U.S.C. § 401(3), its position on the sentence it intends to seek should there be a finding of guilt, and whether the criminal contempt of court constitutes a petty offense for which Defendant is not entitled to a jury trial. *See United States v. Donziger*, No. 19-CR- 00561, 2020 WL 2216556, at *4 (S.D.N.Y. May 7, 2020); *United States v. Agajanian*, 852 F.2d 56, 57-58 (2d Cir 1988); *United States v. Twentieth Century Fox Film Corp.*, 882 F.2d 656, 661-662 (2d Cir. 1989).

Defendant's counsel shall file Defendant's response by letter on or before December 7, 2026.

**SO ORDERED:**

Dated: White Plains, New York
November 20, 2026

Philip M. Halpern
United States District Judge